IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

MAY 2 2 2012

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:11CR367 |
| ) | |
| v. ) | |
| ) | |
| MATTHEW L. REGAN ) | ORDER FOR DISMISSAL |
| ) | |
| Defendant. ) | |

NOW ON THIS _22_ day of May, 2012, this matter is before the Court on the United States' Motion to Dismiss the charge of the Information. The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1. Leave of Court is granted for the United States to dismiss, without judgement of conviction, the Information filed herein as to the Defendant, Matthew L. Regan.

2. The Information filed herein is hereby dismissed, without judgement of conviction, as it pertains to the Defendant, Matthew L. Regan.

DATED this 22nd day of May, 2012.

BY THE COURT:

_____
F.A. GOSSETT III
United States Magistrate Judge